UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 14652
RONALD J WILSON
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

           Debtor
SSN XXX-XX-0079


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/08/06 and confirmed on 04/02/07.

   2.  The case was dismissed after confirmation, 08/03/2007.

   3.  The Debtor paid a total of $   4106.00 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 30499.23 | .00 | 2299.57 |
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CBCS | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 7103.31 | .00 | .00 |
| COLLECTION SERVICES CENT | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CONSOLIDATED RECOVERY SY | UNSECURED | 229.99 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ENCORE | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4942.88 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR CAS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PERFORMANCE CAPITAL MGMT | UNSECURED | 2150.58 | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4794.98 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3262.48 | .00 | .00 |

                  Summary of disbursements:
------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      30499.23          .00      22484.22          .00      52983.45
PRINCIPAL PAID           2299.57          .00           .00          .00       2299.57
INTEREST PAID                .00          .00           .00          .00           .00
TOTAL PAID               2299.57          .00           .00          .00       2299.57
```
The Debtor's attorney, ROBERT V SCHALLER            , was allowed $    3000.00
and was paid $    1500.00   direct and $    1500.00   through the plan.

The Trustee received $      101.43 .

Refunds to the Debtor totaled $      205.00 .


      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.




      Dated: 11/15/07                      /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```